UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff,                 CRIMINAL NO. 05-80970

vs.                                  HONORABLE MONA K. MAJZOUB

D-1    RANDY LEE TYRA,

                 Defendant.

_____/

## ORDER FINDING DEFENDANT
## RANDY TYRA COMPETENT TO STAND TRAIL

       Upon consideration of the defendant's motion to determine the mental competency of Defendant to stand trial, and Defendant having been examined by Ivonne E. Bazerman, Psy.D., Chief Psychologist and William J. Ryan, Ph.D., Psychologist, at the Federal Bureau of Prisons, Metropolitan Correctional Center, New York City, New York.; the Court finds, for all the reasons stated on the record at the hearing held July 14, 2006, that Defendant Randy Lee Tyra is mentally competent to stand trial, and adopts the findings and conclusions of the psychological evaluation of Dr. Bazerman and  Ryan.

       **WHEREFORE**, Defendant's motion to have Defendant declared mentally incompetent to stand trial and motion for additional psychiatric or psychological examinations are, accordingly, **DENIED**.

Dated: July 20, 2006                s/ Mona K. Majzoub_____
                                     MONA K. MAJZOUB
                                     UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

I hereby certify that a copy this Order was served upon Counsel of Record on this date.

Dated: July 20, 2006                              s/ Lisa C. Bartlett
                                                  Courtroom Deputy